```
THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office
LAWRENCE E. KOLE
California State Bar No. 141582
Assistant United States Attorney
     United States Courthouse
     411 W. Fourth Street, 8th Floor
     Santa Ana, California 92701
     Telephone:  (714) 338-3594
     Facsimile:  (714) 338-3708
     E-Mail:     Lkole@usa.doj.gov

Attorney for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. SA CR 08-00045 |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| v. | ) |
| ANDRES GONZALEZ-LOPEZ, aka "Ricardo Martinez," | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the request of the United States Attorney for the Central District of California, the Information filed against ANDRES GONZALEZ-LOPEZ is DISMISSED without prejudice.

DATE:    March 13, 2008

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

Release Order Issued No. 36279